FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-19-00088-CV

**In the Interest of A. N. G., a Child**

(No. 2010CM094 IN 383RD DISTRICT COURT OF EL PASO COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| MOTION FEE | $10.00 | E-PAID | JOSE GANDARA |
| MOTION FEE | $10.00 | E-PAID | JOSE GANDARA |
| MOTION FEE | $10.00 | E-PAID | JOSE GANDARA |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| SUPP. CLERK'S RECORD | $28.00 | UNKNOWN | BENJAMIN GUTIERREZ |
| SUPP. REPORTER'S REC. | $660.00 | UNKNOWN | BENJAMIN GUTIERREZ |
| SUPP. REPORTER'S REC. | $364.50 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| SUPP. REPORTER'S REC. | $112.50 | UNKNOWN | BENJAMIN GUTIERREZ |
| REPORTER'S RECORD | $765.00 | UNKNOWN | BENJAMIN GUTIERREZ |
| CLERK'S RECORD | $360.00 | UNKNOWN | BENJAMIN GUTIERREZ |
| FILING | $205.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| SUPP. REPORTER'S REC. | $198.00 | UNKNOWN | EL PASO COUNTY |
| MOTION FEE | $10.00 | E-PAID | BENJAMIN JOSEPH GUTIÉRREZ |
| MOTION FEE | $10.00 | PAID | PATRICK BRAMBLETT |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas: 0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, ELIZABETH G. FLORES, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this October 29, 2021.

Elizabeth G. Flores, Clerk